# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WAYNE A. POWE AND<br>REGINA Y. POWE | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 4:15-CV-661<br>(Judge Mazzant/Judge Nowak) |
| DEUTSCHE BANK NATIONAL<br>TRUST COMPANY | §<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 23, 2015, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand and Supporting Brief (Dkt. #8) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand and Supporting Brief (Dkt. #8) is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED this 8th day of February, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE