# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAYNE A. POWE, ET AL. § | |
| § | Civil Action No.  4:15-CV-661 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| CO., AS TRUSTEE FOR RESIDENTIAL § | |
| ASSET SECURITIZATION TRUST § | |
| SERIES 2004-A7 MORTGAGE PASS- § | |
| THROUGH CERTIFICATES 2004-G § | |

## ORDER DIRECTING EXPEDITED RESPONSE

On November 16, 2018, Plaintiffs filed "Plaintiffs' Emergentcy [sic] Motion to Suspend the Enforcement of the Final Juddgment [sic] under Rule 62(d) and to Set the Amount of the Supersedeas Bond" [Dkt. 111].  Defendant shall file a response to the Motion no later than *12:00 p.m. (noon) on Tuesday, November 27, 2018*.

**IT IS SO ORDERED**.

SIGNED this 21st day of November, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE