# EMAIL ATTACHED

**From:** Reginapowe <reginapowedds@yahoo.com>
**To:** Wayne Powe <waynepowe@cs.com>
**Subject:** Fwd: New motion
**Date:** Fri, Nov 30, 2018 1:49 pm

Begin forwarded message:

**From:** PHILIP DANAHER <PDANAHER@mwzmlaw.com>
**Date:** November 30, 2018 at 12:58:59 PM CST
**To:** 'Reginapowe' <reginapowedds@yahoo.com>
**Subject: RE: New motion**

Ok, unopposed.

Philip Danaher

Senior Attorney

Mackie Wolf Zientz & Mann, P.C.

14160 North Dallas Parkway, Suite 900

Dallas, TX 75254

469-375-3716 Direct

214-635-2650 Main

214-635-2686 Fax

pdanaher@mwzmlaw.com

**From:** Reginapowe <reginapowedds@yahoo.com>
**Sent:** Friday, November 30, 2018 12:11 PM
**To:** PHILIP DANAHER <PDANAHER@mwzmlaw.com>
**Subject:** New motion

I plan to file this motion today. I would like for your client to be unopposed to this motion. Please let me ASAP. I plan to file either way before 5pm. Thank you.

Regina Powe