# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAYNE A. POWE, ET AL. § | |
| § | Civil Action No. 4:15-CV-661 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 20, 2019, the report of the Magistrate Judge (Dkt. #139) was entered, containing proposed findings of fact and recommendations that Plaintiffs' "Emergency Motion to Enforce Stay Suspending Enforcement of Judgment and for Preliminary Injunction and for an Expedited Hearing on or [sic] Submission of Motion" ("Emergency Motion") (Dkt. #132) be denied for lack of jurisdiction.

Having considered the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' Emergency Motion (Dkt. #132) is **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE