UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AFFIDAVIT OF OWNERSHIP OF SECURITY FOR CIVIL BOND

Case Number: 4:15cv661

Party for whom bond posted: Wayne + Regina POWE

I swear (or affirm) that I am the owner or agent of owner of the $ 2800.00 cash deposited as security on the bond posted for the party in the above styled and numbered case. I acknowledge that the bond is subject to forfeiture if the party violates the terms and conditions set by the Court. I understand that as owner/ agent of owner it is my responsibility to request the return of the cash security after the conditions of the bond have been met.

4/10/20
Date

Regina Powe  2146757141
Name of Owner of cash security - Printed

_____
Name of Agent of Owner (if any) - Printed

Regina Powe
Signature of depositor (Owner or Agent of Owner)

291 Oakwood Trail
Address

Fairview, Texas 75069
City/State/Zip

Signed and sworn to (or affirmed) before me this 16th day of April, 20 20.

DAVID O'TOOLE, CLERK OF COURT

By: Kyle Dea
Signature of Deputy Clerk

Receipt No: TXE600052149

Clerk: Please obtain copy of picture ID from individual posting bond.